

**Entered on Docket
March 31, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

IN RE:
EDUARDO ALMACHAR
JULITA ALMACHAR

CHAPTER 13
CASE NO: BKS-10-28914-LBR

Hearing Date: March 10, 2011
Hearing Time: 1:30 pm

**ORDER CONFIRMING CHAPTER 13 PLAN**

The confirmation of the Debtor's Plan and the allowance of Debtor attorney fees, having come on for hearing before the United States Bankruptcy Court, and there appearing the Chapter 13 Trustee or designee, and with good cause appearing, it is hereby

ORDERED that any Objections to Confirmation have been resolved, and it is further

ORDERED that the Court finds that Debtor(s) have filed all documentation required by 11 U.S.C. § 521(a)(1) and the requirements for Confirmation pursuant to 11 U.S.C §1325 have been met; and it is further

ORDERED that the CHAPTER 13 PLAN #2, filed 03/04/2011, Docket #30, is confirmed; it is further

ORDERED that, pursuant to 11 U.S.C. § 330, the fees in the amount of $5,074.00 of which $1,000.00 was paid to such attorney prior to the filing of the petition and the balance of $4,074.00 which shall be paid by the Trustee pursuant to the Plan, shall be approved.

Submitted by:

/s/Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE

Approved

/s/HAINES & KRIEGER L.L.C.
HAINES & KRIEGER L.L.C.
1020 Garces Ste 100,
Las Vegas, NV 89101